**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2311**

SUNG KUN KIM,

              Plaintiff - Appellant,

        v.

LEON E. PANETTA, Secretary, U.S. Dept. of Defense,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:11-cv-01370-LMB-TCB)

Submitted:  March 28, 2013          Decided:  April 1, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sung Kun Kim, Appellant Pro Se.  David Moskowitz, Assistant United States Attorney, Julie Ann Edelstein, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sung Kun Kim appeals the district court's order granting summary judgment to his former employer in Kim's action alleging employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kim v. Panetta, No. 1:11-cv-01370-LMB-TCB (E.D. Va. Aug. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED